IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARWAN MAROUF,                    )
                                  )
           Petitioner,            )
                                  )
     v.                           )          1:26-cv-125 (LMB/IDD)
                                  )
CHRISTINE WAUGH, et al.,          )
                                  )
           Respondents.           )

## ORDER

For the reasons states in open court, petitioner Marwan Marouf's ("Marouf" or "petitioner") Emergency Petition for Writ of Habeas Corpus is GRANTED.[1] Accordingly, it is hereby

ORDERED that petitioner must be put on a flight to Amman, Jordan within 72 hours of this Order; and it is further

ORDERED that the Court's January 16, 2026, Order prohibiting respondents from removing the petitioner from this district be and is VACATED, only to allow respondents to expeditiously put petitioner on a flight to Jordan.

The Clerk is directed to forward copies of this Order to counsel of record, and close this civil action.

Entered this 16 day of January, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] The Court finds ludicrous the federal respondents' explanation as to why petitioner was not on the scheduled Royal Jordanian Flight 282 to Amman, Jordan. As a result of their failure to fulfil the deportation agreement reached with petitioner, he will have to spend additional days in Immigration and Customs Enforcement ("ICE") custody, and the U.S. taxpayers will have to pay the additional unnecessary costs of his continued custody and aborted airline ticket.